**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Erica Cook,

      Plaintiff,

      v.                                    Case No. 1:18cv083

Federal Reserve Bank of Cleveland*,*           Judge Michael R. Barrett

      Defendant.

## ORDER

Pursuant to notification by Plaintiff's Counsel on September 23, 2019 that this matter is settled;

It is **ORDERED** that the final pretrial conference set for September 26, 2019 is **VACATED** and this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, reopen the action.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                    *s/Michael R. Barrett*
                                    Michael R. Barrett, Judge
                                    United States District Court